IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-31040
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TREVOR WILLIAMS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 98-CR-207-12-N
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Trevor Williams appeals the sentence following his conviction for solicitation to commit murder and using and carrying a firearm in relation to a drug trafficking crime. Williams argues that the district court erred in imposing a $20,000 fine because he is indigent and will likely remain indigent upon his release from prison.

Because Williams waived the right to appeal his sentence, including the $20,000 fine imposed by the district court, his sentence is affirmed.  See United States v. Robinson, 187 F.3d

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

516, 517 (5th Cir. 1999). Even if Williams did not waive the right to appeal his sentence, the district court's imposition of the fine was not erroneous. See <u>United States v. Martinez</u>, 151 F.3d 384, 395-96 (5th Cir. 1998).

AFFIRMED.